Margaret Juielle, Appellant, v. Don Juielle, Respondent.— Judgment reversed and judgment directed to be entered in favor of plaintiff granting a decree of absolute divorce, the same being justified by the evidence. Submit

order containing findings of fact and conclusions of law. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.